IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

DONNY D. WHITUS,                              §
                                             §
                                             §
          *Plaintiff*,                       §
                                             §
                                             §
v.                                           §
                                             §         NO.  9:26-CV-00118-MJT-ZJH
                                             §
KIKOFF, INC.,  TRANS UNION LLC,              §         JUDGE MICHAEL TRUNCALE
EXPERIAN INFORMATION SOLUTIONS,              §
INC.,  EQUIFAX  INFORMATION                  §
SERVICES LLC,                                §
                                             §
                                             §
          *Defendants*.                      §

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On February 17, 2026, the Court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge for pretrial management. *Pro se* Plaintiff Donny Whitus ("Whitus") filed his *Complaint* [Dkt. 1], along with a *Motion for Leave to Proceed In Forma Pauperis* [Dkt. 2], alleging violations of the Fair Credit Reporting Act. On March 5, 2026, Judge Hawthorn issued a *Report and Recommendation* [Dkt. 4], which recommended dismissing Whitus's case as repetitious.[1]

The court reviewed Judge Hawthorn's *Report and Recommendation* [Dkt. 4] along with the record, pleadings, and all available evidence. The court affirms Judge Hawthorn's findings of fact and conclusions of law are correct. The parties have not filed objections to the *Report and Recommendation*, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1)(C).

---

[1] Judge Hawthorn reasoned that Whitus may pursue his claims in his other pending lawsuit styled *Whitus v. Kikoff, Inc., et al*, No. 9:26-cv-104 (E.D. Tex.).

It is therefore ORDERED that Judge Hawthorn's *Report and Recommendation* [Dkt. 4] dismissing this case without prejudice is ADOPTED.  The court will separately enter Final Judgment.

**SIGNED this 24th day of March, 2026.**

Michael J. Truncale
United States District Judge